STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
GEORGE A. CROTON (#323766)
gcroton@grosskleinlaw.com
TIMOTHY S. KLINE (#319227)
tk@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Attorneys for Plaintiffs Friends of Gualala River and Center for Biological Diversity*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF GUALALA RIVER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GUALALA REDWOOD TIMBER, LLC, <br><br> Defendant. | Case No. 20-cv-06453-JD <br><br> **NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

NOTICE OF PRELIMINARY INJUNCTION APPEAL; Case No. 20-cv-06453-JD

PLEASE TAKE NOTICE that Plaintiffs Friends of Gualala River and Center for Biological Diversity hereby appeal to the United States Court of Appeals for the Ninth Circuit from the August 3, 2021 Order (ECF No. 100) denying Plaintiffs' Motion for Preliminary Injunction.

Dated: August 5, 2021                                      Respectfully submitted,

                                                           GROSS & KLEIN LLP

                                                           By    /s/ Stuart G. Gross
                                                                 STUART G. GROSS

                                                           *Counsel for Plaintiffs Friends of Gualala River and Center for Biological Diversity*